JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BECKY HARRIS,<br><br>   Plaintiffs,<br><br>v.<br><br>NISSAN-INFINITI LT, SPECIALIZED LOAN SERVICING LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendant. | Case No.: 2:17-CV-00191-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO RESPOND TO THE COMPLAINT** |

COME NOW, Plaintiff Becky Harris ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("SLS") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

/ / /

/ / /

/ / /

IT IS HEREBY STIULATED THAT:

1. To allow counsel for SLS to familiarize themselves with the matter and to permit settlement discussions between SLS and Plaintiff, the deadline for SLS to respond to the Complaint is hereby extended to March 22, 2017.

| | |
|---|---|
| Dated: February 17, 2017 | Dated: February 17, 2017 |
| **GREENBERG TRAURIG, LLP** | **PAYNE LAW FIRM LLC** |
| By: */s/* Michael R. Hogue<br>    JACOB BUNDICK, ESQ.<br>    Nevada Bar No. 9772<br>    MICHAEL R. HOGUE, ESQ.<br>    Nevada Bar No. 12400<br>    3773 Howard Hughes Parkway<br>    Suite 400 North<br>    Las Vegas, Nevada 89169<br>    Telephone:(702) 792-3773<br>    Facsimile: (702) 792-9002<br>    Emails:   bundickj@gtlaw.com<br>              hoguem@gtlaw.com<br>*Attorneys for Defendant Specialized Loan Serving, LLC* | By: */s/* Sean N. Payne<br>    SEAN N. PAYNE<br>    Nevada Bar No. 13216<br>    9550 S. Eastern Avenue, Suite 253-A213<br>    Las Vegas, NV 89123<br>    Phone:  702-952-2733<br>    seanpayne@spaynelaw.com<br><br>**KNEPPER & CLARK LLC**<br>    MATTHEW I. KNEPPER, ESQ.<br>    Nevada Bar No. 12796<br>    MILES N. CLARK, ESQ.<br>    Nevada Bar No. 13848<br>    10040 W. Cheyenne Ave., Suite 170-109<br>    Las Vegas, NV 89129<br>    Phone:  702-825-6060<br>    Fax:  702-447-8048<br>    Email:<br>    matthew.knepper@knepperclark.com<br>    Miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER, LLC**<br><br>    DAVID H. KRIEGER, ESQ.<br>    Nevada Bar No. 9086<br>    8985 S. Eastern Avenue<br>    Suite 130<br>    Henderson, NV 89123<br>    Phone:  702-880-5554<br>    Fax:  702-383-5518<br>    Email:  dkrieger@hainesandkrieger.com<br>    *Attorneys for Plaintiff Becky Harris* |

**ORDER**

IT IS SO ORDERED.

_[signature]_

US MAGISTRATE JUDGE

DATED: 2-21-2017

Page 2 of 3

LV 420868498v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2017, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO RESPOND TO THE COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

David H. Krieger, Esq.
Haines and Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
dkrieger@hainesandkrieger.com

SEAN N. PAYNE
9550 S. Eastern Avenue, Suite 253-A213
Las Vegas, NV 89123
seanpayne@spaynelaw.com

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

*/s/ Natalie Young*
An employee of Greenberg Traurig, LLP

LV 420868498v1