# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BECKY HARRIS,

        Plaintiff,

vs.

NISSAN-INFINITI LT, *et al.*,

        Defendants.

2:17-cv-00191-JCM-VCF

**MINUTE ORDER**

Before the Court is Defendant Specialized Loan Servicing, LLC's Emergency Motion to Stay Discovery Pending Ruling on Motion to Dismiss Complaint (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that Defendant Specialized Loan Servicing, LLC's Emergency Motion to Stay Discovery Pending Ruling on Motion to Dismiss Complaint (ECF No. 20) will be briefed in the ordinary course pursuant to LR 7-2.

IT IS FURTHER ORDERED that discovery is stayed pending further order of the Court.

IT IS FURTHER a hearing on Defendant Specialized Loan Servicing, LLC's Emergency Motion to Stay Discovery Pending Ruling on Motion to Dismiss Complaint (ECF No. 20) is scheduled for 10:00 AM, May 26, 2017, in Courtroom 3D.

DATED this 24th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE