# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BECKY HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN-INFINITI LT, *et al.*,<br><br>        Defendants. | 2:17-cv-00191-JCM-VCF<br><br>**ORDER** |

    Before the Court is the Stipulation for Extension of Time (ECF No. 33).

    IT IS HEREBY ORDERED that a hearing on the Stipulation for Extension of Time (ECF No. 33) is scheduled for 2:30 PM, November 1, 2017, in Courtroom 3D.

    DATED this 27th day of October, 2017.

                                                        CAM FERENBACH<br>
                                                         UNITED STATES MAGISTRATE JUDGE