JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BECKY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN-INFINITI LT, SPECIALIZED LOAN SERVICING LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:17-CV-00191-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTON FOR LEAVE TO FILE AMENDED COMPLAINT**<br>**(First Request)** |

COME NOW, Plaintiff Becky Harris ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("SLS") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

IT IS HEREBY STIULATED THAT:

1. To allow counsel for SLS to adequately familiarize themselves with the pleading and prepare an appropriate response, the deadline for SLS to respond to the Motion for Leave to File Amended Complaint is hereby extended to February 23, 2018.

/ / /

/ / /

/ / /

LV 421071272v1

DATED: February 16, 2018.

| | |
|---|---|
| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br>Attorneys for Plaintiff | /s/ Michael R. Hogue<br>Jacob D Bundick<br>Nevada Bar No. 9772<br>Michael R Hogue<br>Nevada Bar No. 12400<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>702-792-3773<br>Fax: 702-792-9002<br>Email: bundickj@gtlaw.com<br>Email: hoguem@gtlaw.com<br>Attorneys for Defendant Specialized Loan Servicing, LLC |

## **ORDER**

IT IS SO ORDERED.

_____
US MAGISTRATE JUDGE
DATED: 2-27-2018

LV 421071272v1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on February 16, 2018, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTON FOR LEAVE TO FILE AMENDED COMPLAINT (First Request)** was served via electronically service as follows:

David H. Krieger, Esq.
HAINES AND KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
dkrieger@hainesandkrieger.com

Sean N. Payne
9550 S. Eastern Avenue, Suite 253-A213
Las Vegas, NV 89123
seanpayne@spaynelaw.com

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

Jennifer L. Braster, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@naylorandbrasterlaw.com

A. Daniel Kidd, Esq.
KOLESAR & LEATHAM, CHTD.
400 S. Rampart Boulevard, Suite 400
Las Vegas, NV 89145
dkidd@klnevada.com

/s/   Natalie Young
Employee of Greenberg Traurig, LLP